**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

DARLENE COTTRELL o/b/o      :
JUSTIN COTTRELL,

                                 :

    Plaintiff,

vs.                           :      CA 04-00322-C

JO ANNE B. BARNHART,   :
Commissioner of Social Security,

                                 :

    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,687.50 under the  Equal Access to Justice Act, 28 U.S.C. § 2412, representing compensation for 13.5 hours of service by Marilyn H. Macey, Esquire, at the market rate of $125.00 an hour.

**DONE** this the 9th day of May, 2005.

                         s/WILLIAM E. CASSADY
                         **UNITED STATES MAGISTRATE JUDGE**